*REPLY CARD SHOWN TO 4(FOUR) JAIL STAFF WORKERS (BELL, GERMANY, FRITZ, EDMONDS). ALL REFUSED TO FILL OUT TOP PORTION.

**PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK**

NO JAIL STAFF WILL FILL IN BLANKS.

OFFICER EDMONDS TOLD ME TO FILL

RE: Justin Keith Bryant #115397
RECEIVED: 6:21-CV-467 #5
on this_____ day of_____, 20___, at_____ a.m./p.m.
at _____
(Name of Institution)

_____    _____
Witness (if by mark)       (Signature, or mark, of addressee)

_____
Witness (if by mark)

*TOP PORTION (MONTH, DATE, TIME) + NAME OF INSTITUTION BLANK UPON RECEIVING.
*OFFICER BELL STATES SGT. GERMANY REFUSED TO FILL OUT.

**WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____, 20_____, AT _____.**
(Name of Institution)

_____
**Signature of Institution Delivering Agent**

_____
**Witness**

*OFFICER FRITZ STATES OFFICER

*MAIL WAS OPENED BY JAIL STAFF, BUT TOP PORTION WAS NOT FILLED OUT.